**Fill in this information to identify the case:**

Debtor name: **A & J Logistics, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): **1:24-bk-10693**

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Bitty Advance 2, LLC**<br>Creditor's Name<br>**1855 Griffin Road, #!474**<br>**Dania, FL 33004**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Provident Commercial Finance LLC**<br>**2. United States Small Business Admin**<br>**3. Cadence Bank**<br>**4. Mulligan Funding LLC**<br>**5. Rowan Advance**<br>**6. Headway Capital LLC**<br>**7. Newbury Capital, LLC**<br>**8. Reliable Fast Cash, LLLC**<br>**9. Bitty Advance 2, LLC** | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br><br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $102,400.00 | $200,000.00 |
| **2.2  Cadence Bank**<br>Creditor's Name<br>**2100 Third Avenue N.,**<br>**Suite 1100**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br>Creditor's email address, if known | Describe debtor's property that is subject to a lien<br>**Accounts Receivables**<br><br>Describe the lien<br><br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | $284,801.79 | $200,000.00 |

| Debtor | A & J Logistics, LLC | | Case number (if known) | 1:24-bk-10693 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Date debt was incurred** | | ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.3 | **Headway Capital LLC** | **Describe debtor's property that is subject to a lien** | $63,431.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivables** | | |
| | **175 West Jackson Blvd, #1000** **Chicago, IL 60604** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.4 | **Mulligan Funding LLC** | **Describe debtor's property that is subject to a lien** | $146,699.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivables** | | |
| | **4715 Viewridge Avenue, Suite 100** **San Diego, CA 92123** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.5 | **Newbury Capital, LLC** | **Describe debtor's property that is subject to a lien** | $49,170.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivables** | | |
| | **25 W 36th** **New York, NY 10001** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |

| Debtor | **A & J Logistics, LLC** | Case number (if known) | **1:24-bk-10693** |
|---|---|---|---|
| | Name | | |

|  |  |
|---|---|
| Creditor's email address, if known | ☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.6 | **Provident Commercial Finance LLC** | **Describe debtor's property that is subject to a lien**<br>**Accounts Receivables** | $238,007.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **Dept #2659**<br>**PO Box 11407**<br>**Birmingham, AL**<br>**35246-2659** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | **Reliable Fast Cash, LLLC** | **Describe debtor's property that is subject to a lien**<br>**Accounts Receivables** | $27,771.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **262 A Albany Avenue**<br>**Brooklyn, NY 11213** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.8 | **Rowan Advance** | **Describe debtor's property that is subject to a lien**<br>**Accounts Receivables** | $68,770.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **69 Marshall Drive** | | | |

| Debtor | **A & J Logistics, LLC** | Case number (if known) | **1:24-bk-10693** |
|---|---|---|---|
| | Name | | |

**Edison, NJ 08817**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **United States Small Business Admin** | **Describe debtor's property that is subject to a lien** | $159,824.00 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**District Director
2 International Drive, Suite 500
Nashville, TN 37217**

Creditor's mailing address

**Accounts Receivables**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $1,140,873.79

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902** | Line **2.9** | |

**Fill in this information to identify the case:**

Debtor name: **A & J Logistics, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): **1:24-bk-10693**

☒ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ashley Halloran** | 8460 Jay TrentCourt Ooltewah, TN 37363 | **A to B** | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Ashley Halloran** | 8460 Jay TrentCourt Ooltewah, TN 37363 | **Amex** | ☐ D _____<br>☒ E/F __3.2__<br>☐ G _____ |
| 2.3 | **Ashley Halloran** | 8460 Jay TrentCourt Ooltewah, TN 37363 | **Bitty Advance 2, LLC** | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Ashley Halloran** | 8460 Jay TrentCourt Ooltewah, TN 37363 | **Headway Capital LLC** | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Ashley Halloran** | 8460 Jay TrentCourt Ooltewah, TN 37363 | **Mulligan Funding LLC** | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Ashley Halloran** | 8460 Jay TrentCourt Ooltewah, TN 37363 | **Newbury Capital, LLC** | ☒ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **A & J Logistics, LLC** | Case number *(if known)* | **1:24-bk-10693** |

☐ **Additional Page to List More Codebtors**
Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | **Ashley Halloran** | **8460 Jay TrentCourt**<br>**Ooltewah, TN 37363** | **Reliable Fast Cash, LLLC** | ☒ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Ashley Halloran** | **8460 Jay TrentCourt**<br>**Ooltewah, TN 37363** | **Rowan Advance** | ☒ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Ashley Halloran** | **8460 Jay TrentCourt**<br>**Ooltewah, TN 37363** | **United States Small Business Admin** | ☒ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Ashley Halloran** | **8460 Jay TrentCourt**<br>**Ooltewah, TN 37363** | **Internal Revenue Service** | ☐ D _____<br>☒ E/F __**2.1**__<br>☐ G _____ |
| 2.11 | **Ashley Halloran** | **8460 Jay TrentCourt**<br>**Ooltewah, TN 37363** | **Provident Commercial Finance LLC** | ☒ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Ashley Halloran** | **8460 Jay TrentCourt**<br>**Ooltewah, TN 37363** | **Cadence Bank** | ☒ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Ashley Halloran** | **8460 Jay TrentCourt**<br>**Ooltewah, TN 37363** | **Wolftever Management** | ☐ D _____<br>☐ E/F _____<br>☒ G __**2.1**__ |

# United States Bankruptcy Court
## Eastern District of Tennessee

In re: **A & J Logistics, LLC**
Debtor(s)

Case No. **1:24-bk-10693**
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing, consisting of ____ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 26, 2024**

Signature **/s/ Ashley Halloran**
**Ashley Halloran**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.